■ In the Matter of ALEX CHARLOT et al., Petitioners, v DENIS BOYLE et al., Respondents. [766 NYS2d 344] —Application for an order pursuant to article 78 of the Civil Practice Law and Rules denied and the petition dismissed, without costs or disbursements, without prejudice to raising the same or similar argument(s) on direct appeal from a judgment of conviction, if any, under Indictment No. 5676/02. No opinion. Concur—Tom, J.P., Saxe, Rosenberger, Williams and Gonzalez, JJ.

■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. BILLY C.D. VIDAL, Admitted in 1984, at a Term of the Appellate Division, Third Department. [767 NYS2d 568] —Respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Nardelli, J.P., Mazzarelli, Saxe, Ellerin and Williams, JJ. [*See* 257 AD2d 127.]

■ In the Matter of HERMENA PERLMUTTER, a Suspended Attorney. [767 NYS2d 569] —Petition for reinstatement deemed withdrawn. No opinion. Concur—Nardelli, J.P., Mazzarelli, Rosenberger, Ellerin and Williams, JJ.